UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-04445-SVW-RAO | Date | January 12, 2016 |
|---|---|---|---|
| Title | Nathaniel Myers v. Jims Burgers et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Charles A. Rojas | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**     IN CHAMBERS ORDER DISMISSING ACTION

     The Court, on 10/21/2015, issued an Order to Show Cause why this action should not be dismissed for lack of prosecution.  The Court extended the response date to 01/07/2016.  To date, plaintiff has failed to respond to the Court's order.  Therefore, the matter is dismissed.

:

Initials of Preparer          CR